COUGHLAN & COMPANY, INC., Respondent, *v.* LOUIS FRANKEL, Appellant.

*Principal and agent — commissions — contract — action to recover commissions on sale of real estate — defense that sale had not been consummated.*

Coughlan & Co., Inc., v. Frankel, 216 App. Div. 565, affirmed
(Argued September 27, 1926; decided October 12, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 11, 1926, which affirmed a determination of the Appellate Term affirming an order of the New York City Court granting a motion to strike out the answer and for summary judgment. The action was to recover broker's commissions upon a sale of real estate. The answer admitted the employment of plaintiff, the agreed commissions, and that plaintiff had procured a customer for the property but pleaded as a defense that no formal contract of sale was ever signed or the sale consummated.

*Emanuel Sustick* and *Stewart Engel* for appellant.
*Samuel Sturtz* for respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: LEHMAN, J.

---

SAMUEL A. HERZOG, Respondent, *v.* FREDERICK BROWN, Appellant.

*Contract — Statute of Frauds — action to recover for breach of contract to purchase leasehold — issue of fact as to whether contract unenforcible under Statute of Frauds.*

*Herzog* v. *Brown,* 217 App. Div. 402, affirmed.
(Argued September 28, 1926; decided October 12, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1926, which reversed an order of Special Term granting a motion for dismissal of the